| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:20-cv-03717-BMC |
| Kalman Rosenfeld, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |
| - against - | Notice of Voluntary Dismissal |
| Trader Joe's Company, | |
| Defendant | |

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   September 28, 2020

    Respectfully submitted,

    Sheehan & Associates, P.C.

    /s/Spencer Sheehan
    Spencer Sheehan
    60 Cuttermill Rd Ste 409
    Great Neck NY 11021-3104
    Tel: (516) 303-0552
    Fax: (516) 234-7800
    spencer@spencersheehan.com
    E.D.N.Y. # SS-8533
    S.D.N.Y. # SS-2056

1:20-cv-03717-BMC
United States District Court
Eastern District of New York

Kalman Rosenfeld, individually and on behalf of all others similarly situated,

                                Plaintiff,

                              - against -

Trader Joe's Company,

                                Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 60 Cuttermill Rd Ste 409
 Great Neck NY 11021-3104
    Tel: (516) 303-0552
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: September 28, 2020

                                                                          /s/ Spencer Sheehan
                                                                           Spencer Sheehan

Certificate of Service

I certify that on September 28, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan